# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Barbara Peck, on behalf of herself and others similarly situated, Plaintiff,** | ) ) ) |
| v. | ) ) |
| **Moen Incorporated, Defendant.** | ) ) ) |

Case No. __1:22-cv-02123__

Corporate Disclosure Statement

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Moen Incorporated**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__ Yes        _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   > **Defendant is a wholly-owned subsidiary of Fortune Brands Innovations, Inc. ("FBIN"). FBIN does not have a parent corporation.  FBIN is a publicly traded company, and no other publicly held company owns 10% or more of its stock.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?  __X__ Yes        _____ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   > **Fortune Brands Innovations, Inc., which is Defendant's Moen Incorporated's parent company.**

| /s/Christina Jaremus | 2/2/2023 |
|---|---|
| (Signature of Counsel) | (Date) |